NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WAYMO LLC,**
*Plaintiff-Appellee*

**v.**

**UBER TECHNOLOGIES, INC., OTTO TRUCKING LLC, OTTOMOTTO LLC,**
*Defendants*

**ANTHONY LEVANDOWSKI,**
*Intervenor-Appellant*

---

2017-1904

---

Appeal from the United States District Court for the Northern District of California in No. 3:17-cv-00939-WHA, Judge William H. Alsup.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

Anthony Levandowski submits a motion to stay portions of the district court's April 10, 2017 order directing the defendants to serve an unredacted privilege log. Mr.

Levandowski also requests that this court grant a temporary stay pending this court's consideration of the motions papers. Waymo LLC opposes the motion.

The district court ordered that the defendants serve the unredacted privilege log by April 13, 2017 at 5:00pm "unless the court of appeals extends the deadline."

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Mr. Levandowski's request for a temporary stay is granted to the extent that parts two and three of the district court's order are temporarily stayed pending this court's consideration of the papers submitted.

(2) Any reply to Waymo's opposition is due no later than April 14, 2017.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s26